| | | |
|---|---|---|
| People v Hand | 4th Dept: 147 AD3d 1326 (Yates) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Hankerson | 3d Dept: 147 AD3d 1153 (Broome) | denied 4/12/17 (Fahey, J.) |
| People v Harley | 4th Dept: 147 AD3d 1360 (Onondaga) | denied 4/21/17 (DiFiore, Ch. J.) |
| People v Harris | 4th Dept: 147 AD3d 1375 (Erie) | denied 4/3/17 (Stein, J.) (Appeal No. 4) |
| People v Haywood | 1st Dept: 146 AD3d 700 (NY) | denied 4/4/17 (Fahey, J.) |
| People v Heath (James) | App Div, 3d Dept, 6/6/14 (Tompkins) | denied reconsideration 4/6/17 (Abdus-Salaam, J.) |
| People v Heath (James) | App Div, 3d Dept: 2016 NY Slip Op 75491(U) (Tompkins) | denied reconsideration 4/6/17 (Abdus-Salaam, J.) |
| People v Henley | 4th Dept: 145 AD3d 1578 (Erie) | denied 4/4/17 (Stein, J.) |
| People v Hennigan (David) | 4th Dept: 145 AD3d 1528 (Ontario) | denied 4/6/17 (Abdus-Salaam, J.) (Appeal No. 1) |
| People v Hennigan (David) | 4th Dept: 145 AD3d 1528 (Ontario) | denied 4/6/17 (Abdus-Salaam, J.) (Appeal No. 2) |
| People v Henry | 2d Dept: 144 AD3d 940 (Nassau) | granted 4/13/17 (Stein, J.) |
| People v Holmes | 4th Dept: 147 AD3d 1367 (Orleans) | denied 4/25/17 (DiFiore, Ch. J.) |
| People v Hoppe | App Div, 3d Dept: 2016 NY Slip Op 87811(U) (Broome) | denied reconsideration 4/20/17 (Fahey, J.) |
| People v Hough | 1st Dept: 146 AD3d 701 (NY) | denied 4/4/17 (Fahey, J.) |
| People v Hunter | 4th Dept: 145 AD3d 1658 (Monroe) | denied 4/18/17 (DiFiore, Ch. J.) |
| People v Is | 3d Dept: 141 AD3d 1032 (Albany) | denied reconsideration 4/27/17 (DiFiore, Ch. J.) |
| People v Jackson | App Div, 4th Dept, 2/15/17 (Onondaga) | dismissed 4/11/17 (Rivera, J.) |
| People v James | App Term, 1st Dept: 54 Misc 3d 134(A) (Bronx) | denied 4/20/17 (Garcia, J.) |
| People v Jean | 2d Dept: 147 AD3d 978 (Nassau) | denied 4/20/17 (Garcia, J.) |